AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:45 am, Jul 17, 2023
JEFFREY P. COLWELL, CLERK

United States of America
v.
MICHAEL TYRELL MCWILLIAMS

)
)
)
)
)

Case No. 23-cr-000319-GPG-JMC

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL TYRELL MCWILLIAMS ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) and (b)(1)(B)(viii); Conspiracy to Distribute a Mixture containing 40 grams or more of Fentanyl and a Mixture containing 50 grams or more of Methamphetamine, Schedule II controlled substances.
COUNT 2: 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) and 18 U.S.C. § 2; Distribution of a Mixture containing Fentanyl, a Schedule II controlled substance, of at least 40 grams.
COUNT 3: 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) and 18 U.S.C. § 2; Distribution of a Mixture containing Methamphetamine, a Schedule II controlled substance, of at least 50 grams.
COUNT 4: 21 U.S.C. § 843(b) and 18 U.S.C. § 2, 21 U.S.C. § 846, 841(a)(1) and (b)(1)(B)(vi) and (b)(1)(B)(viii):
Use of a Communication Facility in the Commission of a Drug Felony, Conspiracy to Distribute and Distribution of a Mixture containing 40 grams or more of Fentanyl and a Mixture containing 50 grams or more of Methamphetamine, Schedule II controlled substances.

Date: 07/05/2023                                                                 s/ A. Hinojosa-Lavalle, Deputy Clerk
                                                                                          *Issuing officer's signature*

City and state:   Durango, Colorado                              James M. Candelaria, Magistrate Judge
                                                                                          *Printed name and title*

|  | Return |  |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |  |  |

Date: _____

ARRESTED ON 7/6/2023
ARRESTED BY USPIS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*